LAKEISHA WILLIAMS GUYTON
231 E COHEA ST
JACKSON, MS 39202

FIRST FRANKLIN
ATTN: BANKRUPTCY
317 HIGHWAY 80 EAST
CLINTON, MS 39056

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

LEND NATION
2310 HWY 80 W
STE 2120
JACKSON, MS 39204

ADVANCE AMERICA
1400 ELLIS AVE
SUITE 6
JACKSON, MS 39204

MCGUFFEE LAW FIRM
P.O. BOX 4219
BRANDON, MS 39047

ADVANCE FINANCIAL
100 OCEANSIDE DRIVE
NASHVILLE, TN 37204

MIRAMED REVENUE GROUP
ATTN: BANKRUPTCY
360 E. 22ND STREET
LOMBARD, IL 60148

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

MSDES
OFFICE OF LEGAL AFFAIR
P.O. BOX 1699
JACKSON, MS 39215

BARBARA WILLIAMS
1106 N LAMAR ST
JACKSON, MS 39202

REPUBLIC FINANCE
8428 PARKWOOD BLVD
PLANO, TX 75024

CONSUMERS CREDIT UNION
ATTN: BANKRUPTCY
1075 TRI-STATE PKWY
#850
GURNEE, IL 60031

WORLD FINANCE
PO BOX 6429
GREENVILLE, SC 29607

CSPIRE WIRELESS
PO BOX 159
MEADVILLE, MS 39653

FAMILY CHOICE FINANCIA
3208 SERVICE DR
STE E
PEARL, MS 39208