Certificate Number: 17082-MSS-DE-041222453

Bankruptcy Case Number: 26-01913



17082-MSS-DE-041222453

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2026, at 12:59 o'clock PM MST, LAKEISHA W GUYTON completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   July 19, 2026                   By:      /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director