**PROCEEDING MEMO AND MINUTES OF**
**THE CHAPTER 7 §341(a) MEETING**
**09/04/2026**

**IN RE:** **CASE NUMBER: 26-01913-JAW**
**GUYTON, LAKEISHA WILLIAMS**

**APPEARANCES:**

(✓) DEBTOR 1
- (X) Required picture I.D. produced
- (✓) Required SSN verification produced
- (✓) Pay advices received

( ) DEBTOR 2 (Wife in Joint Cases)
- ( ) Required picture I.D. produced
- ( ) Required SSN verification produced
- ( ) Pay advices received

Credit counseling certificate (✓) filed ( ) not filed.
Tax returns received for 2025 (years) on 07/21/2026 (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
( ) DEBTOR'S REPRESENTATIVE ______
(✓) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute:
( ) DEBTOR(S) APPEARED PRO SE
- ( ) YES (NO) – If Pro Se, did anyone assist with preparation?
- ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(X) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTNUED TO THE _____ DAY OF ________, 20____ AT ________ O'CLOCK __.M.

(X) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.
(X) CREDITOR(S) Robin Rush - Family Choice Financial

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule ______
( ) OTHER: ______

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: ______

ADDITIONAL: NOTES: ______

DATED: 09/04/2026

STEPHEN SMITH, TRUSTEE

Track # 009 or Tape # ________, Side ______ Counter Start# ________